# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SUPERVALU Holdings, Inc.,

                Plaintiff,

                                          Civ. No. 09-3699 (RHK/XXX)
v.                                       **ORDER**

Arvin Thompson and Kevin Simpkins,

                Defendants.

The Court having been advised that both Defendants have filed for bankruptcy, **IT IS ORDERED** that this action is **STAYED**, pursuant to 11 U.S.C. § 362, pending further Order of the Court. The hearing on Plaintiff's Motion for Summary Judgment (Doc. No. 34), currently scheduled for January 12, 2011, is **CANCELED**.

Date: January 11, 2011

                                                              <u>s/Richard H. Kyle</u>
                                                              RICHARD H. KYLE
                                                              United States District Judge